UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: THUONG NGOC LE            CASE NO. 10-10074

SECTION "B"

DEBTOR            CHAPTER 13

## ORDER LIFTING STAY

Considering the motion for relief from stay of Wells Fargo Bank, National Association as Trustee for Bear Stearns Asset Backed Securities I, LLC, Green Point Mortgage Funding Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1, through its servicer EMC Mortgage Corporation (**P-55**), a hearing having been scheduled for July 21, 2010, proper notice having been given and applicable law;

IT IS ORDERED, that the Motion is GRANTED, the stay restrictions under Rule 4001(a)(3) are hereby waived and the automatic stay imposed by 11 U.S.C. sec. 362 is terminated to allow Mover to foreclose upon or otherwise exercised its security interests against the following described property:

> Real property in the County of Westminster, County of Orange, State of California, described as follows: Lot 22 of Tract No. 4509, as per Map filed in Book 167, Pages 15 to 17 inclusive, miscellaneous maps, in the office of the County Recorder of said Count. Municipal Address: 9102 Carnation Dr., Westminiser, CA 92683.

New Orleans, Louisiana, July 21, 2010.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge